UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | No. 3:07-CR-99 |
| V. ) | (JORDAN/SHIRLEY) |
| ) | |
| ) | |
| ) | |
| JEFF H. WILKERSON ) | |
| ) | |

ORDER OF AUTHORIZATION FOR DISTRIBUTION
OF AVAILABLE PRIVATE FUNDS

WHEREAS, counsel was appointed as counsel for the above defendant, on the 10th day of September, 2007; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant for payment of compensation and expenses of court-appointed counsel and for other services necessary for adequate representation, and that the above defendant is therefore financially able to make partial payment for representation, and for other services necessary for adequate representation; and whereas the defendant agrees to pay the sum of **$1,500.00**.

IT IS THEREFORE authorized that pursuant to 18 U.S.C. § 3006A(f) such funds in the amount of **$1,500.00** be paid by said defendant in monthly payments in the amount of $200.00. Payment shall be made by **May 30, 2008**, with a check made payable

to the Clerk, United States District Court, and mailed to Clerk, United States District Court, 800 Market Street, Suite 120, Knoxville, Tennessee, 37902.

AGREED TO:

*[signature: Jeff Wilkerson]*　　　　　　　　　September 10, 2007
JEFF H. WILKERSON　　　　　　　　　　　　　DATE

**ENTER:**

*[initials: CCS]*

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge