IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-cr-99 |
| | ) | |
| JEFF H. WILKERSON | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion for a continuance of the trial [doc. 10]. The defendant says that, despite reasonable diligence on the part of his attorney, additional time is needed to work out a plea agreement or, if the plea negotiations fail, to prepare for trial. A continuance would allow the parties the opportunity to explore a full resolution of this criminal case. The government has no objection to the defendant's motion.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the parties the time needed to complete their negotiations or, if necessary, to prepare for trial. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the

defendant's motion for a continuance to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and this criminal case is **CONTINUED** to December 17, 2007, at 1:15 p.m.

ENTER:

*s/ Leon Jordan*
United States District Judge